IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO: CR-1-00-031** |
| vs. ) | |
| ) | |
| **SEWLYN O. SPRUELL,** ) | **JUDGE SPIEGEL** |
| ) | |
| **SSN: XXX-XX-6289** ) | |
| **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **United Dairy Farmers** ) | |
| ) | |
| **Garnishee.** ) | |

### APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

Now comes the United States of America by its representative the United States Attorney for the Southern District of Ohio and for its cause of action alleges:

1. Plaintiff, United States of America, pursuant to Title 28 U.S.C. §3205 (b)(1), requests the issuance of a Writ of Continuing Garnishment against certain property of the Defendant, Sewlyn O. Spruell , also referred to as "debtor" or "judgment debtor" which is (or may become) in the possession, custody or control of United Dairy Farmers, Garnishee herein, for satisfaction of the monies owed by said Defendant, to the United States of America upon the judgment entered against the Defendant in the above-captioned case.

2. This debt arises from the July 28, 2000 judgment entered in favor of the Plaintiff against Defendant in Action No. CR-1-00-031. The amount of said judgment debt that remains unpaid and due and owing is: $121.00. Plaintiff further requests that it be allowed to recover as part

of this garnishment, a surcharge of ten percent (10%) of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

3. Defendant's last known address is: 5601 Montgomery Road, Apt. #2, Cincinnati, OH 45212.

4. Not less than 30 days has elapsed since demand for payment of the above stated debt was made upon debtor. The last demand notice for payment was July 7, 2007. Since that time the judgment debtor has failed to pay the amount due.

5. The Garnishee is believed to have possession of property (including but not limited to nonexempt disposable earnings), in which the judgment debtor has a substantial nonexempt interest, and will owe the money or property to the judgment debtor.

6. The name and address of the Garnishee or its authorized agent is:

> United Dairy Farmers
> Payroll/Benefits Department
> 3955 Montgomery Road
> Cincinnati, OH 45212

The requirements of Title 28 U.S.C. § 3205 (b) having been satisfied, Plaintiff, United States of America hereby requests the issuance of a Writ of Continuing Garnishment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

3

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Application for a Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 18th day of December, 2007 to:

Sewlyn O. Spruell
5601 Montgomery Road, Apt. #2
Cincinnati, OH  45212

United Dairy Farmers
Attn: Payroll/Benefits Department
3955 Montgomery Road
Cincinnati, OH 45212

                                                             s/Deborah F. Sanders
                                                             DEBORAH F. SANDERS (0043575)
                                                             Assistant United States Attorney