**CLAIM FOR EXEMPTION FORM**
**MAJOR EXEMPTIONS UNDER FEDERAL LAW**

I claim that the exemption(s) from garnishment which are **checked** below apply in this case:

_____       1.   Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

_____       2.   Veterans' benefits (38 U.S.C. § 5301).

_____       2a.  Members of armed services (10 U.S.C. § 1440, 38 U.S.C. § 1562).

_____       3.   Federal civil service retirement benefits (5 U.S.-C. § 8346 and 22 U.S.C. § 4060(c)).

_____       4.   Annuities to survivors of federal judges (28 U.S.-C. § 376(n)).

_____       5.   Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

_____       6.   Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

_____       6a.  Seaman's, master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 11108(a)-11109(a-c)).

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

_____       6b.  Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 352(e).

                 7.   Bankruptcy Code (Title 11, United States Code) which generally provides exemptions for:

(a)_____       $17,425 in equity in a residence.

(b)_____       $2,775 in equity in a motor vehicle.

(c)_____       $1,150 in jewelry.

(d)_____       $9,300 in personal property. (However, no single item worth more than $450 can be claimed as exempt.)

(e) _____       $1,750 in equity in any implements, professional books, or tools, of the trade of the debtor or the trade of a dependent of the debtor.

(f) _____       $925 in property, plus up to $8,725 of any unused amount of the exemption provided for above.

(g) _____       Any unmatured life insurance contract you own, other than credit life insurance.

(h) _____       The aggregate value, up to $9,300, of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract you own, but only      if you are the insured or you are a dependant of the insured.

(i) _____       Professionally prescribed health aids for you or your dependants.

(j) _____       Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits; and alimony, support, and separate maintenance, to the extent these items are reasonably necessary for your support or the support of your dependants.

(k) _____       A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for your support or the support of your dependants, subject to the limitations set forth at      Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

(l) _____       Your right to receive, or property that traceable to,
         - an award under a crime victim's reparation law;
         - a payment on account of the wrongful death of an individual of whom you were a dependant, but only to the extent reasonably necessary for your support or the support of your dependants;
         - a payment under a life insurance contract that insured an individual of whom you were a dependant on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependants
         - a payment, not to exceed $17,425, on account of personal bodily injury suffered by you or by an individual of whom you are a dependant; however, payment for pain and suffering or payment to

        compensate actual pecuniary loss are not exempt under this paragraph;
        - a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependant, but only to the extent reasonably necessary for your support of your dependants.

_____8.    Compensation for war risk hazards (42 U.S.C. § 1717).

### MAJOR EXEMPTIONS UNDER STATE LAW

**NOTE:**    The law of the state where you have been domiciled for at least 180 days governs your rights.

**NOTE:**    If you have selected the Bankruptcy Code exemptions (line 7 above), you may **not** also claim the state law exemptions listed below.

| TYPE | | STATUTE EXEMPTION | VALUE CLAIMED |
|---|---|---|---|
| _____9. | Fraternal Benefit Society Benefits<br>-Exempt before and after payment | -Ohio Rev. Code. Ann. §§2329.66(A)(6)(d) and 3921.128 | _____ |
| _____10. | Public Assistance<br>-General Assistance and aid to dependent children are exempt | -Ohio Rev. Stat. §§2329.66(A)(9), 5107.12 and 5113.03(A) | _____ |
| _____11. | Pensions and Retirement Benefits<br>-Various public employees' retirement systems. In addition, benefits from pension plans qualified for tax exemption and certain non-qualifying plans are exempt. IRA's and Keoughs are exempt when necessary for support. | -Ohio Rev. Stat. §§245.66 and provisions cited is note thereafter, and 2329.66(A)(10) | _____ |

| | | | |
|---|---|---|---|
| _____12. | Alimony, Support and Separate Maintenance | -Ohio Rev. Code Ann. §2329.66(A)(11) | _____ |

       -Alimony, maintenance and child support

_____13. Crime Victims' Compensation     -Ohio Rev. Code Ann. §§2329.66(A)(12)(a) and 2743.66(D)     _____

       -Compensation accrued in previous 12 months.

_____14. Claims for Negligence and Tortuous Conduct     -Ohio Rev. Code §2329.66(A)(12)(b), (c), and (d)     _____

       -A payment on account of the wrongful death of an individual of whom the person is a dependent to the extent necessary for support is exempt.  Up to $5,000 for personal injury, not including pain and suffering or pecuniary loss, for the person or an individual for whom the person is a dependent, is exempt.  Compensation for loss of future earnings, of the person or an individual of whom the person is a dependent, is exempt to the extent necessary for support.

_____15. Wages     -Ohio Rev. Code Ann. §2329.66(A)(13)     _____

       -If paid weekly, the greater of 30 times the current federal minimum wage of 75% of debtor's disposable earnings.  If paid biweekly, the greater of 60 times the current federal minimum wage or 75% of debtor's disposable earnings.  If paid semi-monthly, the greater of 65 times the current

```
                    federal minimum wage or
                    75% of debtor's disposable
                    earnings.  If paid monthly,
                    one hundred thirty times
                    the federal minimum wage
                    or 75% of debtor's disposable
                    earnings.

_____ 16.   Workers' Compensation      -Ohio Rev. Code        _____
                                          Ann. §4123.67
            -Exempt

_____ 17.   Unemployment               -Ohio Rev. Code        _____
            Compensation                  Ann. §4141.32

            -Exempt
```

The statements made in this claim for exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct. I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

_____    _____    _____
        (Address)                  (City/State)         (Zip Code)

or telephonically at  _____    _____
                      (Area Code)    (Phone Number)

_____ .
(Debtor's printed/typed name)


_____    _____
(Signature of Debtor)       (Date)