IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
JAMES BONINI
CLERK

08 JAN -7 PM 1:54

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: CR-1-00-031 |
| vs. | ) |
| SEWLYN O. SPRUELL, | ) JUDGE SPIEGEL |
| SSN: XXX-XX-6289 | ) |
| Defendant, | ) |
| and | ) |
| United Dairy Farmers | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

_Sandra Anse_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A. That he/she is the _Payroll/Benefit Admin_ (state official title, relationship, etc.) of Garnishee, United Dairy Farmers.

B. On _12/26_, 2007, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ____ Yes ✓ No. (If the answer is yes, complete items 1 and 2 below): X (UNPAID) ON LEAVE OF ABSCENCE AS OF 5/24/07

1. Debtor's pay period is ✓ weekly, ____ bi-weekly, ____ semi-monthly, ____ monthly. Enter the date the present pay period began. _____ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. _____

    2.    The amount of the Debtor's net wages are:
          a) Gross Pay    _____
          b) Federal Income Tax    _____
          c) F.I.C.A. Income Tax    _____
          d) State Income Tax    _____
          e) Total of tax withholdings    _____
          f) Net Wages ( total is (a) less total of (e))    _____

C.    Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes  ✓  No.

        If the answer is yes, describe below.

        _____

        _____

D.    In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, etc.) in which the Debtor maintains an interest.

_____ Yes    _____ No (If the answer is yes, describe below)

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |

E.    Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ _____ | _____ |
| 2. | $ _____ | _____ |
| 3. | $ _____ | _____ |
| 4. | $ _____ | _____ |

F.  Complete items 1 through 3 below, if applicable:

   1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.
   _____
   _____
   _____

   2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:
   _____
   _____
   _____

   3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):
   _____
   _____
   _____

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court
   U.S. Postoffice & Courthouse, Rm #103
   Cincinnati, Oh 45202

   (2) the Debtor:
   Sewlyn O. Spruell
   5601 Montgomery Road, Apt. #2
   Cincinnati, OH 45212

   (3) the attorney for the United States:

   Deborah F. Sanders
   Assistant United States Attorney
   Southern District of Ohio
   303 Marconi Boulevard, Suite 200
   Columbus, Ohio 43215-2401

   _____  513 366 8514
   Garnishee & Telephone Number

Subscribe and sworn to before me this 4th day of January, 2008.

   _____
   Notary Public

   Lynn Marie Roy
   Notary Public, State of Ohio
   My Commission Expires 04-11-2012