IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff )<br>                               )<br>     vs.              )<br>                               )<br>SEWLYN O. SPRUELL, )<br>SSN: XXX-XX-6289 )<br>        Defendant, )<br>                              )<br>       and )<br>                               )<br>**United Dairy Farmers** )<br>                               )<br>       **Garnishee.** ) | ) CASE NO:  CR-1-00-031<br><br>) JUDGE SPIEGEL |

**PLAINTIFF'S MOTION TO QUASH THE
WRIT OF CONTINUING GARNISHMENT**

     Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Order for Writ of Continuing Garnishment (Doc.#18) filed on December 20, 2007 in the above captioned case. Plaintiff has received notification from the Garnishee indicating that the Garnishee is in no manner under liability to the Defendant Sewlyn O. Spruell (Exhibit A). The Defendant no longer is employed by the Garnishee. Therefore, it is respectfully requested that the December 20, 2007 Writ of Continuing Garnishment against the property of Sewlyn O. Spruell be quashed.

                                                                      Respectfully submitted,

                                                                      GREGORY G. LOCKHART
                                                                      United States Attorney

                                                                      s/Deborah F. Sanders
                                                                      DEBORAH F. SANDERS (0043575)
                                                                      Assistant United States Attorney
                                                                      Southern District of Ohio
                                                                      303 Marconi Boulevard, Suite 200
                                                                      Columbus, Ohio  43215-2401

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Motion to Quash the Order for Writ of Continuing Garnishment was mailed by first class mail, postage prepaid, this 11th day of January, 2008 to:

Sewlyn O. Spruell
5601 Montgomery Road, Apt. #2
Cincinnati, OH  45212

United Dairy Farmers
Attn: Payroll/Benefits Department
3955 Montgomery Road
Cincinnati, OH 45212

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney