NAME: USA vs. Sewlyn O. Spruell
SSN: 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

1) EMPLOYMENT START DATE: 8/15/05

2) CURRENTLY EMPLOYED: YES OR NO (circle one)

3) JOB TITLE: Clerk Shift Leader

4) ANNUAL GROSS INCOME: _____

5) IF NOT CURRENTLY EMPLOYED, PLEASE GIVE DATE OF TERMINATION: 12/31/07

    IF KNOWN, PLEASE PROVIDE PLACE OF NEW EMPLOYMENT:

    EMPLOYER NAME: N/A
    EMPLOYER ADDRESS: _____

    TELEPHONE NO.: _____

6) HOME ADDRESS OF EMPLOYEE (IF AVAILABLE, AS REFLECTED IN YOUR RECORDS): 5526 Montgomery Rd. Apt 4
Cincinnati, OH 45212

TELEPHONE NO.: (513) 335-8299

7) MAILING ADDRESS OF YOUR PAYROLL DEPARTMENT AND PAYROLL OFFICER'S NAME:
3955 Montgomery Rd.
Cincinnati, OH 45212
Attn: Sandy Ange

1/10/08
DATE

Brittany Beach
SIGNATURE OF CERTIFYING OFFICIAL

Payroll/Benefits Admin. (513) 396-8858
TITLE AND PHONE NUMBER


GOVERNMENT EXHIBIT A