## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | ) |
| | ) |
| | ) **CASE NO: CR-1-00-031** |
| vs. | ) |
| | ) |
| SEWLYN O. SPRUELL, | ) **JUDGE SPIEGEL** |
| | ) |
| SSN: XXX-XX-6289 | ) |
| **Defendant,** | ) |
| | ) |
| and | ) |
| | ) |
| United Dairy Farmers | ) |
| | ) |
| **Garnishee.** | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Order for Writ of Continuing Garnishment (Doc.#22) and

pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee

in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the December 20, 2007 Order for Writ of Continuing

Garnishment against the property of Sewlyn O. Spruell be quashed.

Date: _____1/15/08_____

S. Arthur Spiegel
United States Senior District Judge